ACCEPTED
03-14-00138-CR
4944790
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/20/2015 8:36:07 AM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00138-CR

| | | |
|---|---|---|
| LARRY DEWAYNE GARRETT | § | **IN THE** |
| | § | 3rd COURT OF APPEALS |
| VS. | § | **THIRD COURT** |
| | § | |
| THE STATE OF TEXAS | § | **OF APPEALS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/20/2015 8:36:07 AM
JEFFREY D. KYLE
Clerk

### APPEARANCE OF CO-COUNSEL

BOBBY DALE BARINA/TYLER WOUDWYK hereby make this appearance as co-counsel for Larry Dewayne Garrett in this case.

Respectfully submitted,

BOBBY DALE BARINA
455 East Central Texas Expressway, Suite 104
Harker Heights, Texas 76548
Tel: (254) 699-3755
Fax: (254) 699-1074
BobbyDaleBarina@BarinaLaw.com

By:_____
Tyler Woudwyk
State Bar No. 24084120
bobbydalebarina@barinalaw.com
Attorney for Larry Dewayne Garrett

### CERTIFICATE OF SERVICE

This is to certify that on April 20, 2015, a true and correct copy of the above and foregoing document was served on the County Attorney's Office, Bell County, 1201 Huey Road, Bell County Texas, by fax to 254-933-5150.

_____
Tyler Woudwyk